RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
DAVID J. MORSE, IDAHO STATE BAR NO. 10066
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID MICHAEL GATES,<br><br>Defendant. | Case No. 1:21-cr-291-DCN<br><br>**INFORMATION**<br><br>21 U.S.C. § 841(a)(1) and (b)(1)(A)<br>21 U.S.C. § 853 |
|---|---|

The United States Attorney charges:

<u>COUNT ONE</u>

**Possession with Intent to Distribute Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(A)**

On or about July 14, 2021, in the District of Idaho, the defendant, DAVID MICHAEL GATES, did knowingly and intentionally possess with the intent to distribute, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

INFORMATION - 1

## CRIMINAL FORFEITURE ALLEGATION

### Drug Forfeiture
### 21 U.S.C. § 853

Upon conviction of the offenses alleged in Count One of this Information, the defendant, DAVID MICHAEL GATES, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the said defendant obtained directly or indirectly as a result of the foregoing offense; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offense. The property to be forfeited includes, but is not limited to, the following:

1. <u>Seized Property.</u>

    a. <u>A Ruger .357 Magnum bearing serial number 177-21882;</u>

    b. <u>several rounds of .357 magnum ammunition.</u>

2. <u>Unrecovered Cash Proceeds and/or Facilitating Property.</u> The defendant obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the defendant used to facilitate the offense, but based upon actions of the defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.

3. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant's" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a. Cannot be located upon the exercise of due diligence;

**INFORMATION - 2**

      b.      Has been transferred or sold to, or deposited with, a third person;

      c.      Has been placed beyond the jurisdiction of the court;

      d.      Has been substantially diminished in value; or

      e.      Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 29th day of October, 2021.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:

*/s/ David J. Morse*

DAVID J. MORSE
SPECIAL ASSISTANT UNITED STATES ATTORNEY

INFORMATION - 3