# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **David Michael Gates** | JUVENILE:  No |
| DEFENSE ATTORNEY: Dan Taylor | |
| Address:  P.O Box 789 Blackfoot, ID 83221 | PUBLIC or SEALED:  Sealed |
| | SERVICE TYPE:  Warrant (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.:  (208) 518-9185 | ISSUE:  Yes |
| INVESTIGATIVE AGENT:  Christopher Davis | INTERPRETER:  No |
| Telephone No.:  (208) 386-2100 | If YES, language: |
| AGENCY:  Drug Enforcement Administration | |
| CASE INFORMATION:  **One count of Possession with intent to Distribution Methamphetamine.** | RELATED COMPLAINT: No CASE NUMBER: |

# CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT:  **Information**

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Elmore** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **3 days** |
| Class B or C Misdemeanor: (Petty Offense) | **No** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **21 U.S.C. § 841(a)(1) and (b)(1)(A)** | **ONE** | **Possession with Intent to Distribute Methamphetamine** | **Imprisonment for at least 10 years and up to life and/or $10,000,000 fine; at least 5 years supervised release; $100 special assessment** |
| **21 U.S.C. § 853** | **FORFEITURE ALLEGATION** | **Drug Forfeiture** | **Forfeiture of Listed Property** |

Date:  29 October 2021      Special Assistant U.S. Attorney:  DAVID J. MORSE

Telephone No.:  (208) 334-1211